**Jamal BULLOCK, Petitioner–Appellant,**

v.

**Herbert JACKSON, Respondent–Appellee.**

No. 13–6534.

United States Court of Appeals, Fourth Circuit.

Submitted: May 23, 2013.

Decided: May 29, 2013.

Jamal Bullock, Appellant Pro Se.

Before MOTZ * and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamal Bullock seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2006) petition. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R.App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5), or reopens the appeal period under Fed. R.App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered on the docket on January 14, 2013. The notice of appeal was filed, at the earliest, on March 19, 2013.** Because Bullock failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We

---

* Judge Motz did not participate in consideration of this case. The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

** Although an inmate's notice of appeal ordinarily is deemed filed on the date he delivered it to prison authorities for mailing to the court, *Houston v. Lack*, 487 U.S. 266, 276,

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*

---

108 S.Ct. 2379, 101 L.Ed.2d 245 (1988), Bullock's notice of appeal does not indicate the date on which this occurred. We conclude, however, that the notice of appeal can be deemed filed no earlier than March 19, the date Bullock signed the document.

